COMMONWEALTH of Pennsylvania, BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS

v.

STATE BOARD OF PHYSICAL THERAPY.

Petition of Thomas A. BOCH, D.C., Howard A. Bloom, D.C., Mark W. Bloom, D.C., Ronald A. Cologna, D.C., and Weathervane Chiropractic, Intervenors.

Supreme Court of Pennsylvania.

April 16, 1998.

*ORDER*

PER CURIAM.

AND NOW, this 16th day of April, 1998, the petition for allowance of appeal is GRANTED, limited to the issue of whether the Commonwealth Court interpreted the Physical Therapy Practice Act, 63 Pa.C.S. § 1304(a), so as to produce an unconstitutional result.

SAYLOR, J., did not participate in the consideration or decision of this matter.

Edward WILLIAMS

v.

WORKMEN'S COMPENSATION APPEAL BOARD; Crowley Frozen Desserts.

Petition of CROWLEY FROZEN DESSERTS.

Supreme Court of Pennsylvania.

April 20, 1998.

**ORDER**

PER CURIAM:

AND NOW this 20th day of April, 1998, the petition for allowance of appeal is granted and the order of the Commonwealth Court is reversed. *See Udvari v. Workmen's Compensation Appeal Board (USAir, Inc.),* 705 A.2d 1290 (Pa.1997). The Request for Supersedeas is denied as moot.